EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br><br> Alberto G. Burgos Rodríguez | 2024 TSPR 100 <br><br> 214 DPR ___ |

Número del Caso:  TS-14,095


Fecha:  12 de septiembre de 2024


Materia:  Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  Alberto G. Burgos Rodríguez     TS-14,095

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de septiembre de 2024.

Examinada la *Moción en cumplimiento de orden* presentada el 5 de septiembre de 2024, se provee ha lugar. Se ordena la readmisión del Sr. Alberto G. Burgos Rodríguez al ejercicio de la abogacía.

Se ordena a la Secretaría hacer el cambio del señor Burgos Rodríguez a abogado activo en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo